**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA

                                          **NO. 3:05CR309 (PCD)**

v.

                                          FEBRUARY 3, 2006

AZIBO AQUART

**MOTION FOR CONTINUANCE OF TRIAL DATE**

Counsel for the defendant, Azibo Aquart, hereby moves this Court for a continuance of the trial and motion deadline dates for a period of sixty days. In support of the motion, counsel represents the following:

1. The Court set a tentative date of February 2006 for a trial date in this matter.
2. Counsel and the defendant need additional time to investigate the allegations in the indictment and prepare a defense to the indictment.
3. The defendant has signed a Waiver of Speedy Trial which is made part of this motion.
4. Counsel has communicated to with AUSA James Glasser who has informed counsel he does not object to a requested continuance in this matter.

For the foregoing reasons, counsel respectfully requests the Court grant the motion for continuance of the trial and motion deadline dates for a period of sixty days.

  /s/  Justin T. Smith
Justin Smith, Attorney for Azibo Aquart
Jacobs & Jacobs, P.C.
P.O. Box 193
Meriden, CT 06450
(203) 634-3000
Fed. Bar No. CT25146

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

NO. 3:05CR309 (PCD)

v.

February 3, 2006

AZIBO AQUART

## WAIVER OF SPEEDY TRIAL

I, Azibo Aquart, hereby state that my attorney, Justin T. Smith has informed me of the following:

1. Under the United States Constitution and the Federal Speedy Trial Act, I have the right to a speedy trial, such that I would be entitled to a jury trial on these charges within 70 days of the first presentment of the indictment.

2. In order to properly prepare for my case, Attorney Justin T. Smith, will need more time to review, research, and investigate the matters in my case.

Having been informed of the above, I hereby waive my right to a speedy trial so that Attorney Smith can continue to prepare my defense. I also hereby agree that the continuance may be excluded from Speedy Trial Act computations.

    /s/  Azibo Aquart
Azibo Aquart

2

**CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed, postage pre-paid, this 3rd day of February, 2006, to:

Robert M. Berke  
1187 Broad Street  
Bridgeport, CT 06604

Jonathan J. Einhorn  
412 Orange St.  
New Haven, CT 06511

Audrey A. Felsen  
1200 Summer St.  
Suite 201B  
Stamford, CT 06905

Francis L. O'Reilly  
O'Reilly & Shaw, LLC  
87 Ruane St.  
Fairfield, CT 06430

James I. Glasser  
U.S. Attorney's Office-NH  
157 Church St., 23rd floor  
PO Box 1824  
New Haven, CT 06510

Frank J. Riccio  
923 East Main St.,  
PO Box 491  
Bridgeport, CT 06601

Paul F. Thomas  
Federal Public Defender  
2 Whitney Ave., Ste. 300  
New Haven, CT 06510

                                                  /s/ Justin T. Smith  
                                                  Justin T. Smith  
                                                  Fed. Bar. No. CT25146